# Exhibit 2

## May 12, 2020 Arena Energy Gulf of Mexico Shelf Asset Offering

# EVERCORE

**May 2020**

# Arena Energy
## Gulf of Mexico Shelf Asset Offering



Arena Energy, LP ("Arena") is offering for sale their comprehensive portfolio of non-operated assets located on the Shelf of the Gulf of Mexico ("GoM") (the "Assets"). Evercore has been retained as exclusive financial advisor to Arena for the purpose of selling the Assets.

**~27 MBoed Net Production[1] | ~78 MMBoe | ~341,000 Net Acres | 62 Gross Undeveloped Completions**

| | |
|---|---|
| **High Quality and Oil-Levered Asset Base on the GoM Shelf** | ■ Expected 2020 net production of 27 MBoed[1] (99% operated[2], 60% oil)<br>■ >66 MMBoe of 1P Reserves and 6.8x R/P at current strip[3]<br>■ Best-in-class operating cost structure and oily asset mix |
| **Significant Inventory of Low Risk High Returning Wells** | ■ Numerous highly economic behind pipe opportunities with additional identified undeveloped locations<br>■ 90 consecutive successful wells drilled since last dry hole (2014) with a 94% success rate since inception (1999)<br>■ Drilling inventory increased by 69 locations to 193 total locations, despite drilling 48 wells the last 3 years (~14% increase to 109 PUD Inventory locations and ~200% increase to 84 unbooked locations)[4] |
| **Proven Asset Base Profitable through Multiple Commodity Cycles** | ■ Arena's asset base has historically grown organically through the drill bit<br>■ >90% increase in PDP oil reserves since 2016 due to positive revisions and undeveloped conversions<br>■ Seismic data, covering the majority of Arena's core position, unlocks the upside potential for future operators |
| **Significant Non-Proved Upside** | ■ Significant additional technical PUDs not captured in proved reserves given price environment and five-year development cap<br>■ Over the last 4 years Arena has outperformed PUD reserve bookings by 1.4x predrill estimates<br>■ Proved bookings by volume have ultimately exceeded acquisition economics by 2.8x through subsequent drilling and development |

### Asset Location



Denotes Arena core focus areas

1. Expected annual production reflecting the current development plan
2. Operated by Arena Offshore LP
3. Assumes NYMEX Strip Pricing as of 4/24/20 through 2021; $40/Bbl Oil and $2.50/MMBtu Gas thereafter
4. Reflects undeveloped locations as of 12/31/19; does not reflect the effects of recent shut-ins; Pricing: $55/Bbl Oil in 2020, $60/Bbl Oil thereafter & $2.75/MMBtu Gas

002

# EVERCORE

**May 2020**

## PV-10[1]  |  Net Reserves  |  Total Offering Reserves Summary



PDP 45%, PROB 31%, PUD 14%, PDBP 7%, PDSI 3% — $255 Million

PDP 36%, PUD 32%, PROB 15%, PDBP 13%, PDSI 4% — 77,668 MBoe

*Reserves database effective 7/1/20*
*Assumes NYMEX Strip Pricing as of 4/24/20 through 2021; $40/Bbl Oil and $2.50/MMBtu Gas thereafter*
1.   *P&A assumed to be distributed across reserve categories pro rata*

|  | Reserves | | | Capex | PV 10% |
|---|---|---|---|---|---|
|  | Oil | Gas | Equiv. |  |  |
|  | MBbls | MMcf | MBoe | $MM | $MM |
| **Reserve Category** | | | | | |
| PDP | 21,709 | 38,894 | 28,191 | $21 | $244 |
| PDSI | 2,447 | 3,522 | 3,034 | 4 | 17 |
| PDBP | 7,220 | 18,765 | 10,347 | 63 | 35 |
| PUD | 17,247 | 43,114 | 24,432 | 303 | 77 |
| P&A | - | - | - | 531 | (287) |
| **Total Proved** | **48,623** | **104,295** | **66,005** | **$922** | **$85** |
| PROB Producing | 1,591 | 8,443 | 2,999 | - | 51 |
| PROB SI & BP | 1,643 | 2,968 | 2,138 | 4 | 29 |
| PROB Undeveloped | 5,165 | 8,171 | 6,526 | 22 | 88 |
| **Total 2P** | **57,021** | **123,878** | **77,668** | **$948** | **$255** |

## Process

- Buyers will be expected to demonstrate an ability to execute and fund a transaction expeditiously, including bonding obligations
- Key Process Dates
  - Launch Process, distribute teaser on May 13, 2020
  - Virtual Data Room ("VDR") available on May 14, 2020
  - Bids due on June 18, 2020
- Transaction effective date of July 1, 2020
- Contact Parker Smith for a confidentiality agreement and access to the VDR
- All inquiries should be directed to Evercore

May 2020 calendar: Launch Process 13, VDR Available 14, Evaluation Period 15–29, Holiday 25.
June 2020 calendar: Evaluation Period 1–17, Bids Due 18.

Legend: Launch Process | VDR Available | Evaluation Period | Bids Due | Holiday

## Evercore Contacts

**Shaun Finnie**
Senior Managing Director
(713) 542-0393
shaun.finnie@evercore.com

**Curtis Flood**
Managing Director
(917) 455-2898
curtis.flood@evercore.com
*Process Lead*

**Jay Harden**
Vice President - Engineer
(832) 778-0102
jay.harden@evercore.com
*Technical Lead*

**Greg Suellentrop**
Vice President
(832) 206-3880
gregory.suellentrop@evercore.com

**Julian Talley**
Vice President - Geology
(281) 740-8624
julian.talley@evercore.com

**Doug Prechter**
Associate
(713) 851-6329
doug.prechter@evercore.com

**Parker Smith**
Analyst
(281) 726-3008
parker.smith@evercore.com

**Julie Wilkinson**
Engineering Technician
(917) 340-0388
julie.wilkinson@evercore.com

These materials have been prepared by the management of Arena Energy, LP ("Arena" or the "Company") to assist interested parties in determining whether they wish to proceed with a further investigation of a transaction involving the Company or one or more of its subsidiaries or businesses. The information contained herein is for discussion purposes only and is not intended to form the basis of any decision by you with respect to any such transaction or otherwise and does not attempt to present all the information that you may require for purposes of making any such decision. These materials speak as of the date hereof, except where otherwise indicated and neither the Company nor Evercore Group L.L.C. ("Evercore") undertakes any obligation to update the information contained herein.

Neither the Company nor Evercore makes any representation or warranty (express or implied) as to the accuracy or completeness of the information contained herein and neither of them shall have any liability for the information contained in, or omission from, these materials or in any other written or oral communications to the recipients in the course of the recipients' evaluation of the Company. The information contained herein includes certain statements, estimates and projections provided by the Company's management with respect to anticipated future performance of the Company. Such statements, estimates and projections reflect various assumptions and elements of subjective judgment concerning anticipated results, which assumptions and elements of subjective judgment may or may not prove to be correct. No representations or warranties, express or implied, are made as to the accuracy of such statements, estimates, projections or assumptions. The only information, representation or warranty that will have any legal effect will be as specifically contained or referred to in a definitive purchase or other transaction agreement when, as and if executed and subject to such limitations and restrictions as may be specified in such definitive agreement. Furthermore, Evercore assumes no responsibility for independent investigation or verification of such information and has relied on such information being complete and accurate in all material respects.

Until the execution of a definitive agreement with you, the Company reserves the right, in its sole discretion and for any reason, to modify or amend the terms of with any potential transaction involving the Company, to accept or reject, in whole or in part, any offer made with respect to any transaction and to withdraw from any further discussions, negotiations or transaction. These materials do not constitute an offer to sell to or solicitation of an offer to purchase any security from any person or in any jurisdiction in which such an offer or solicitation is not authorized or would be unlawful.

Evercore — Two Houston Center — 909 Fannin Street, Suite 1800, Houston, TX 77010 — (713) 403-2440