# Exhibit 6

## May 31, 2020 email from Curtis Flood to Shahid Ghauri re W&T's changes to NDA

| **From:** | Flood, Curtis |
|---|---|
| **To:** | Shahid Ghauri |
| **Cc:** | Suellentrop, Gregory; Steve Schroeder |
| **Subject:** | RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call |
| **Attachments:** | image002.jpg |
| | image003.jpg |

Shahid,

We have also discussed this internally and cannot give W&T, or any other potential bidder, access to stakeholders at this stage.
Again, we would welcome W&T's participation in the process subject to a regular-way NDA, please let us know if you will reconsider.

Best Regards,
Curtis

_____

**Curtis Flood**

**EVERCORE**
2 Houston Center, Suite 1800
909 Fannin St., Houston, TX 77010
O: 713.427.5706
C:  917.455.2898
**Curtis.Flood@Evercore.com**

---

**From:** Shahid Ghauri <sghauri@wtoffshore.com>
**Sent:** Thursday, May 28, 2020 4:48 PM
**To:** Flood, Curtis <Curtis.Flood@Evercore.com>
**Cc:** Suellentrop, Gregory <Gregory.Suellentrop@Evercore.com>; Steve Schroeder <sschro@wtoffshore.com>
**Subject:** RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Curtis,

We discussed this restriction at length internally and concluded that we must independently engage with Arena's lenders as a matter of due diligence. We must verify that the creditors will support the process and sale.

Do you have a suggestion how we might do that?

*Shahid Ghauri*

Vice President, General Counsel and Corporate Secretary

+1 713 624 7279 (direct)
+1 713 922 6507 (mobile)
sghauri@wtoffshore.com
**W&T Offshore, Inc.**
Nine Greenway Plaza, Suite 300
Houston, TX, US 77046-0908

001

+1 (713) 626-8525 (main)
www.wtoffshore.com



*A U.S. Company helping to safely supply energy for its Country*

**From:** Flood, Curtis [mailto:Curtis.Flood@Evercore.com]
**Sent:** Thursday, May 28, 2020 2:18 PM
**To:** Shahid Ghauri
**Cc:** Suellentrop, Gregory; Steve Schroeder
**Subject:** [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Shahid,

This process is no different than any other A&D or M&A process you have participated in and as such, this NDA does not allow you to communicate with a seller's lenders. We would welcome W&T's participation in this process if we can get aligned on a regular-way NDA, let us know if W&T wishes to reconsider its position on this provision.

Best Regards,
Curtis

---

**Curtis Flood**

EVERCORE
2 Houston Center, Suite 1800
909 Fannin St., Houston, TX 77010
O: 713.427.5706
C:  917.455.2898
Curtis.Flood@Evercore.com

---

**From:** Shahid Ghauri [mailto:sghauri@wtoffshore.com]
**Sent:** Thursday, May 28, 2020 11:17 AM
**To:** Suellentrop, Gregory
**Cc:** Steve Schroeder
**Subject:** RE: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Greg,

Happy to discuss with Arena's GC if you'd like, but we laid our position out in a letter to him last week and that position has not changed.

If you want us to participate in this process,  you must not restrict our ability to engage with Arena's creditors in any way. We will not an sign any NDA which attempts to do that, and as we said in our letter, we will not consent to the disclosure of any data or information related to any fields in which we own an interest as part of this process.

We are a natural buyer for these assets and are very interested in looking at them. Let's resolve this quickly so we can move into the data room.

*Shahid Ghauri*
Vice President, General Counsel and Corporate Secretary

002

+1 713 624 7279 (direct)
+1 713 922 6507 (mobile)
sghauri@wtoffshore.com
**W&T Offshore, Inc.**
Nine Greenway Plaza, Suite 300
Houston, TX, US 77046-0908
+1 (713) 626-8525 (main)
www.wtoffshore.com



*A U.S. Company helping to safely supply energy for its Country*

**From:** Steve Schroeder
**Sent:** Thursday, May 28, 2020 10:55 AM
**To:** Shahid Ghauri
**Subject:** FW: [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Latest info from Evercore.  Please respond consistent with our discussion.

## *Steve Schroeder*

Senior Vice President and Chief Technical Officer

+1 713 624 7258 (direct)
+1 281 755 4078 (mobile)
+1 713 626 8527 (fax)
sschro@wtoffshore.com
**W&T Offshore, Inc.**
Nine Greenway Plaza, Suite 300
Houston, TX, US 77046-0908
+1 (713) 626-8525 (main)
www.wtoffshore.com



*A U.S. Company helping to safely supply energy for its Country*

**From:** Suellentrop, Gregory [mailto:Gregory.Suellentrop@Evercore.com]
**Sent:** Thursday, May 28, 2020 9:43 AM
**To:** Steve Schroeder
**Cc:** Smith, Parker; Flood, Curtis
**Subject:** [EXTERNAL]RE: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Steve,

As we start to schedule Dataroom Presentations, we wanted to reach out to see if we can get your team involved in the process. Please let us know if there is any room to negotiate in regards to the prior version of the NDA you submitted to the company. If needed, we'd be happy to set up another call with the Arena's General Counsel.

Please advise when you have a chance.

Best,
Greg

**Greg Suellentrop**
EVERCORE | **O** 713.427.5767 | **M** 832.206.3880 | Gregory.Suellentrop@evercore.com

**From:** Suellentrop, Gregory
**Sent:** Tuesday, May 26, 2020 10:26 PM
**To:** Steve Schroeder
**Cc:** Smith, Parker; Flood, Curtis
**Subject:** Re: [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Steve,

The mark-up is not acceptable for this process and is not in line with A&D processes in general. W&T will not receive any special treatment in this regard. Please execute the previous version and revert if you wish to participate in the process.

Best,
Greg

**Greg Suellentrop**
**Evercore** | **O** 713.427.5767 | **M** 832.206.3880 | Gregory.Suellentrop@evercore.com


On May 26, 2020, at 5:07 PM, Steve Schroeder <sschro@wtoffshore.com> wrote:

> We have discussed internally and attached is an executed version of a NDA that is acceptable to W&T.  I have also included a redline version to aid in the review of our changes.
>
> *Steve Schroeder*
> Senior Vice President and Chief Technical Officer
>
> +1 713 624 7258 (direct)
> +1 281 755 4078 (mobile)
> +1 713 626 8527 (fax)
> sschro@wtoffshore.com
> **W&T Offshore, Inc.**
> Nine Greenway Plaza, Suite 300
> Houston, TX, US 77046-0908
> +1 (713) 626-8525 (main)
> www.wtoffshore.com
>
> 
>
> *A U.S. Company helping to safely supply energy for its Country*
>
> **From:** Suellentrop, Gregory [mailto:Gregory.Suellentrop@Evercore.com]
> **Sent:** Tuesday, May 26, 2020 1:08 PM
> **To:** Steve Schroeder
> **Cc:** Smith, Parker
> **Subject:** [EXTERNAL]RE: [EXTERNAL] Re: [EXTERNAL]Quick Call
>
> Steve,
>
> I hope you had a good Memorial Day Weekend. We wanted to touch base regarding the NDA. Have you had a chance to catch up with Land and Legal regarding its status? Please advise when you have a chance.
>
> Thanks,

Greg

**Greg Suellentrop**
Evercore | **O** 713.427.5767 | **M** 832.206.3880 | Gregory.Suellentrop@evercore.com

---

**From:** Suellentrop, Gregory
**Sent:** Friday, May 22, 2020 6:26 PM
**To:** 'Steve Schroeder'
**Cc:** Smith, Parker
**Subject:** RE: [EXTERNAL] Re: [EXTERNAL]Quick Call

Steve,

Any movement on the NDA today? We were hoping to get it reviewed before the holiday. Please advise when you have a chance and have a great weekend.

Best,
Greg

**Greg Suellentrop**
Evercore | **O** 713.427.5767 | **M** 832.206.3880 | Gregory.Suellentrop@evercore.com

---

**From:** Steve Schroeder [mailto:sschro@wtoffshore.com]
**Sent:** Friday, May 22, 2020 9:22 AM
**To:** Suellentrop, Gregory
**Subject:** [EXTERNAL] Re: [EXTERNAL]Quick Call

> **CAUTION: This email originated from outside of Evercore. Do not click links or open attachments unless you recognize the sender and are expecting the attachment or link.**

Greg,

I followed up with Lien and the consents to allow the disclosure of confidential information was sent in error. At this time, Land and Legal are working the NDA. Hopefully common ground can be struck sooner than later.

Sent from my iPhone

On May 21, 2020, at 12:31 PM, Suellentrop, Gregory <Gregory.Suellentrop@evercore.com> wrote:

Steve,

Are you available for a quick call this afternoon?

**Greg Suellentrop**
**Evercore** | **O** 713.427.5767 | **M** 832.206.3880 | Gregory.Suellentrop@evercore.com

---

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, and destroy the original message.

The information contained in this email and any attachment, including the names and email address of any and all recipients, is subject to Evercore's GDPR Privacy Notice, the full context of which can be found here. Thank you

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, and destroy the original message.

The information contained in this email and any attachment, including the names and email address of any and all recipients, is subject to Evercore's GDPR Privacy Notice, the full context of which can be found here. Thank you

<2744_001.pdf>
<3 AE NDA WT (200526 redline).docx>

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, and destroy the original message.

The information contained in this email and any attachment, including the names and email address of any and all recipients, is subject to Evercore's GDPR Privacy Notice, the full context of which can be found here. Thank you

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, and destroy the original message.

The information contained in this email and any attachment, including the names and email address of any and all recipients, is subject to Evercore's GDPR Privacy Notice, the full context of which can be found here. Thank you