# Exhibit 9

## August 24, 2020 Richard Gowens Declaration of Attempted Service

| | |
|---|---|
| STATE OF TEXAS | § |
| DALLAS COUNTY | § |

### DECLARATION OF ATTEMPTED SERVICE BY RICHARD GOWENS

1. My name is Richard Gowens. I am an independent contractor with Special Delivery. I am over eighteen years of age. I make this declaration based on my personal knowledge, and if called to testify I would testify to the facts contained in this declaration.

2. On August 24, I attempted to deliver a letter to 31 Group, LLC at 100 Crescent Court, 7th Floor, Dallas, Texas to the attention of the "Contracts Department" and President Ken Goggans. On arrival in the building's lobby, I discovered that the building appears to be a multi-tenant, co-working space. I saw no signs for 31 Group anywhere in or near the building.

3. I was not permitted beyond the lobby area of the building. The reception desk staff required me to call the recipient to ask them to retrieve any deliveries.

4. I called the phone contact information I had been provided, 214-273-9963. The woman who answered the phone identified the number as belonging to 31 Group.

5. I informed her that I had a delivery for 31 Group at 100 Crescent Court. She informed me that the office had been closed and their mail transferred to an address she gave as 3021 Ridge Court, Rockwall, Texas. Based on a Google search, this address is not a business office for 31 Group, but a private mailbox firm and US Postal Service contract unit called Harbor Mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 24 day of August, 2020.

*Richard Gowens*
Signature

*Richard Gowens*
Richard Gowens

001