# Exhibit 10
Brochure for 100 Crescent Court in Dallas, Texas




Eric Fletcher
(800) 467-5120



## 100 Crescent Ct - The Crescent Building 100
Coworking Space Available in Dallas, TX



001

# HIGHLIGHTS

- Beautiful, modern, tech-powered spaces that inspire you.

- Simple. No barriers. No frustrations. Spaces by the hour, day, month or year.

- The spaces you want; co-working, meeting rooms, private offices and team rooms ready with IT, phone and Wi-Fi.

- Business centers where you and your company will do the best work of your life.

- An unmatched local, national and global network where you can work, interact with like-minded people and connect with the world.

- Enjoy all the perks of an office without the hassle of running one.

002

ALL AVAILABLE SPACE(1)

003

| SPACE | SIZE | TERM | RATE | SPACE USE | CONDITION | AVAILABLE |
|---|---|---|---|---|---|---|
| 7th Floor | 100-5,000 SF | Negotiable | Upon Request | Office | Full Build-Out | TBD |

 

Making it easier for people and companies to do the best work of their lives with services, usage, size and time packages that build around YOUR needs. Call NOW to join the work revolution! The Crescent Center offers a prominent address in a historical Dallas Skyline location, home to offices of leading companies from all sectors of business and industry, including Bank of America, KPMG, JP Morgan, and Neiman Marcus Group. It is conveniently located on the edge of Dallas' Central Business District, as well as having convenient access to Woodall Rogers, Dallas North Tollway and Central Expressway. The Crescent has the dynamic aspects of the Uptown/Turtle Creek market with some of Dallas' premier restaurants and shops located within the project. The Crescent Office Towers are 3 contiguous buildings with 19-story center structure and two adjoining 18-story structures. Corporate neighbors located in the building include Alex, Brown & Son, Hicks, Muse, Tate & Furst, Inc., JP Morgan & Co., and Westcott Capital Corporation. Local amenities are abundantly at reach here at the Crescent. Restaurants include: Sambuca, Bice, Grotto, Palomino, and Capital Grill. Shopping facilities range from: Stanley Korshak (in walking distance), Neiman Marcus, North Park Mall and more. Regus provides: -Fully furnished Offices with flexible terms -Quick and easy setup for a new market -No up-front capital or build-out costs -Ideal for requirements under 5,000 sq. ft. -Meeting Rooms -Business Lounges -On-site Receptionist and IT Support -No personal or business credit checks required -2000 locations. 750 cities. 100 countries. One call.

- Space available from coworking provider
- Fits 1 - 40 People
- Rate includes utilities, building services and property expenses

004

## ABOUT THE PROPERTY

Uptown/Turtle CreekThe Crescent was designed by the nationally acclaimed architect, Philip Johnson, and is the centerpiece of the Uptown/Turtle Creek Class A office  market. It is conveniently located on the edge of Dallas Central Business District, giving convenient access to Woodall Rogers, Dallas North Tollway, Interstate 35 and Central Expressway.The Crescent Office Towers total 1,134,826 rsf in three contiguous buildings: a 19-story center structure (200 Crescent Court) and two adjoining 18-story structures (100 and 300 Crescent Court).The exterior of the building is Indiana limestone with insulated double-pane reflective glass in an aluminum frame.Lobby area walls are finished in Italian Pink Royale polished granite. Floors are Italian Pink Royal polished granite mixed with Imperial Black and Charcoal Black polished granite.Ceilings in the 100 and 300 buildings are an Italian Mosaic glass tile while the 200 building is white painted plaster.An energy efficient chilled water system provides 4,100 tons of cooling capacity.A five-level, underground parking garage provides spaces for approximately 2,700 cars.Buildings 100 and 200 each have four elevators servicing floo
Uptown

## FEATURES AND AMENITIES

- Banking
- Conferencing Facility
- Courtyard
- Dry Cleaner
- Fitness Center
- Food Service
- Property Manager on Site
- Restaurant
- Energy Star Labeled

WALK SCORE ®
Walker's Paradise (93)

BIKE SCORE ®
Biker's Paradise (78)

005

## TRANSPORTATION

### 🚆 TRANSIT/SUBWAY

| | | |
|---|---|---|
| McKinney and Maple-Routh Transit Stop (McKinney Avenue Streetcar) | 3 min walk | 0.1 mi |
| McKinney and Pearl - South Transit Stop (McKinney Avenue Streetcar) | 3 min walk | 0.1 mi |
| McKinney and Fairmount - North Transit Stop (McKinney Avenue Streetcar) | 3 min walk | 0.1 mi |
| McKinney and Pearl - North Transit Stop (McKinney Avenue Streetcar) | 3 min walk | 0.2 mi |
| McKinney and Fairmount - South Transit Stop (McKinney Avenue Streetcar) | 4 min walk | 0.2 mi |

### ✈ AIRPORT

| | | |
|---|---|---|
| Dallas Love Field Airport | 12 min drive | 5.6 mi |
| Dallas/Fort Worth International Airport | 26 min drive | 19.7 mi |

# MAP OF 100 CRESCENT CT DALLAS, TX 75201



## ADDITIONAL PHOTOS



Plat Map

The LoopNet service and information provided therein, while believed to be accurate, are provided "as is". LoopNet disclaims any and all representations, warranties, or guarantees of any kind.

007