# Exhibit 11

## Photograph of 3201 Ridge Road, Rockwall, Texas



001