IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ARENA ENERGY, LP, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-34215 (MI)<br><br>(Jointly Administered) |
| ARENA ENERGY, LP,<br><br>    Plaintiff,<br><br>v.<br><br>WT OFFSHORE, INC. and 31 GROUP, LLC,<br><br>    Defendants. | Adv. Proc. No. 20-03404 |

<u>Declaration of Sylvanus M. Polky in Support of Arena Energy, LP's Verified Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction</u>

I, Sylvanus M. Polky, make this declaration under 28 U.S.C. § 1746:

1.    I am an attorney at Susman Godfrey, LLP, and counsel for Arena Energy, LP. All facts set forth in this Declaration are based upon my personal knowledge.

2.    I declare and verify that the allegations in ¶¶ 42-45 and 58-65 and in Footnote 3 of Arena Energy, LP's August 28, 2020 Verified Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction ("Complaint") are true and correct.

3.    Exhibit 9 to Arena Energy, LP's August 28, 2020 Verified Original Complaint and Application for Temporary Restraining Order, Preliminary Injunction, and Permanent

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Arena Energy, LP (1436); Arena Energy 2020 GP, LLC (N/A); Arena Energy GP, LLC (7454); Arena Exploration, LLC (1947); Sagamore Hill Holdings, LP (8266); and Valiant Energy, L.L.C. (7184). The location of the debtors' service address is: 2103 Research Forest Drive, Suite 400, The Woodlands, Texas 77380.

Injunction ("Complaint") is a true and correct copy of an August 24, 2020 Declaration of Attempted Service by Richard Gowens. I received this declaration and am familiar with it.

4. Exhibit 10 to the Complaint is a true and correct copy of a printout of an advertisement on LoopNet for 100 Crescent Court, the Crescent Building 100 in Dallas, TX. I viewed this website and printed it.

5. Exhibit 11 to the Complaint is a true and correct copy of a screenshot of a Google Maps Streetview of 3201 Ridge Road, Rockwall, Texas. I took this screenshot and printed it.

6. Exhibit 21 to the Complaint is a true and correct copy of an August 23, 2020 letter from Geoffrey Harrison, an attorney at my firm, to 31 Group, LLC. I was copied on this letter and am familiar with it.

7. Exhibit 22 to the Complaint is a true and correct copy of an August 23, 2020 letter from Geoffrey Harrison, an attorney at my firm, to W&T Offshore, Inc., c/o Philip Eisenberg. I was copied on this letter and am familiar with it.

8. Exhibit 23 to the Complaint is a true and correct copy of an August 24, 2020 letter from Ken Goggans to my law firm, Susman Godfrey L.L.P., with attention to Geoffrey Harrison. I am familiar with this letter.

9. Exhibit 24 to the Complaint is a true and correct copy of an August 24, 2020 email from Andrew Zatz to Geoffrey Harrison, an attorney at my firm. I am familiar with this email.

10. Exhibit 25 to the Complaint is a true and correct copy of an August 26, 2020 email from Gregory Pesce to Andrew Zatz, Brian Schartz and Geoffrey Harrison, an attorney at my firm. I am familiar with this email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 28, 2020  
Houston, Texas

/s/ *Sylvanus M. Polky*  
Name: Sylvanus M. Polky  
Susman Godfrey, LLP  
*Attorney for Arena Energy, LP*