# Exhibit 13
July 8, 2020 31 Group Letter of Intent

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed
**31 Group**

Curtis,

Sorry for the delay.  Here is our second round LOI.  We have the cash, bonding and the ability to move very quickly with Locke Lord to meet the end of the month deadline.  Let me know how it goes.

Thanks for the help,
Ken

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed




July 8, 2020

**CONFIDENTIAL**

Evercore Group L.L.C.
909 Fannin, Suite 1800
Houston, Texas 77010
Attn: Mr. Shaun Finnie & Curtis Flood

  RE: Offer to Acquire Arena Energy LP
     Federal Offshore GOM

Gentlemen:

31 Group LLC ("31 Group") and W&T Offshore Inc. ("W&T", together with 31 Group, the "Parties" and individually as a "Party") submits this proposal to acquire - through an affiliate in which each of the Parties holds an interest (the "Buyer") - from Arena Energy LP, Arena Exploration LLC and Valiant Energy LLC (collectively, "Arena"), in an asset sale transaction, all current interests of Arena in the blocks identified on the attached Exhibit "A", including the associated oil and gas leases, wells, facilities, inventories, pipelines, contractual rights, overriding royalties, net profits interests or production payments etc. as well as all seismic data and software associated therewith (if transferable) (collectively, the "Assets"), subject to the following terms and conditions:

Purchase Price: The Purchase Price of the Assets is $141,231,000 US, payable in cash at closing, subject to normal and customary pre- and post-Effective Date adjustments. This purchase price assumes that there are no cure costs associated with any of the assumed contracts and that Buyer takes operatorship of the Assets.

Effective Date of Purchase: The effective date of the sale of the Assets shall be July 1, 2020, at 12:01 a.m. Central Time (the "Effective Date").

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed

Purchase Agreement: This proposal is subject to the execution of a purchase and sale agreement (the "Purchase Agreement"). The Purchase Agreement will incorporate the terms and conditions of this proposal and include, among other things, representations, warranties, covenants, indemnities, operations transition period, purchase price adjustments and other terms and conditions customary in a transaction of similar size and scope. The Purchase Agreement will also include bid procedures that provide for expense reimbursement to Buyer, a break-up fee payable to Buyer equal to 3% of the Purchase Price and other terms and conditions reasonably acceptable to Buyer.

To the extent the acquisition is subject to Securities and Exchange Commission Regulation Section 210.3-05, the Parties will apply for waiver of the full audit requirements under the subsection. Subject to any waiver that may be granted, Arena will provide all financial information required under said Section 210.3-05 and other applicable SEC regulations (Reg Section 210.3-13.) regarding the transferred assets and liabilities in order to facilitate Buyer's compliance, including the minimum management representations required of Arena by Buyer's auditors.

Due Diligence and Contingencies: This purchase of the Assets is subject to the completion by Buyer of satisfactory due diligence, including but not limited to the following: review and assessment of leases, wells, facilities, platforms, pipelines and other assets constituting the Assets, title, working interest, net revenue interest, easements, title opinions, division orders, encumbrances, contracts, marketing agreements or arrangements, production imbalances, revenues, capital expenditures, lease operating expenses, functional capabilities of downhole hardware, reservoir simulation and flow assurance models, regulatory and environmental documentation, liabilities (including abandonment), reserves and production volumes. Arena will afford Buyer reasonable access to Arena, its personnel, properties, contracts, books and records and all other documents and data which relate to the Assets provided that such access shall not disrupt the ordinary conduct of Arena's business.

No Agreement as to Acquisition: Buyer and Arena understand and agree that no contract or agreement providing for any acquisition of any of the Assets shall be deemed to exist between them unless and until the Purchase Agreement has been executed and delivered, and until such time, neither of them will be under any legal obligation of any kind whatsoever with respect to such an acquisition by virtue of this proposal or otherwise or by virtue of any written or oral communications with respect to such an acquisition by either of them or any of their representatives.

Required Approvals: Approval of this transaction by W&T's shareholders is not required. Final approval of the Purchase Agreement by the W&T's Board of Directors is required.

Governmental Approvals: This proposal is subject to all normal and customary government approvals, including, but not limited to, the Hart Scott Rodino Act, to the extent applicable.

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed

No Partnership. Nothing in this proposal or the performance of the Parties under this proposal shall constitute (or be deemed to constitute in law or in equity) a partnership, agency, or joint venture relationship between the Parties. Neither Party is, or will be deemed to be, the legal representative or agent of the other, nor shall either Party have the right or authority to assume, create, or incur any third party liability or obligation of any kind, express or implied, against or in the name of or on behalf of another (including, without limitation, any such liability or obligation to Arena). In addition, neither Party shall be deemed to be a member of a partnership with the other Party for tax or any other purpose.

Contacts: All inquiries concerning this proposal should be directed to:

>   Name: Ken Goggans, President
>   Phone: (972) 810-1031
>   Email: kg@31grp.com
>
>   Name: William J. Williford, Executive Vice President and General Manager, GOM
>   Phone: (713) 624-7269
>   Email: wwilliford@wtoffshore.com

Financing: This proposal is not contingent upon financing.

Security: Buyer shall purchase and post at closing with all applicable federal authorities, and maintain in accordance with applicable laws, any and all bonds, supplemental bonds or other securities which may be required of it to own and operate the Assets pursuant to all applicable federal laws, rules and regulations. No other collateral or security will be required or provided.

Closing: Upon timely acceptance of this offer and with full cooperation of Arena, Buyer is prepared to commit the necessary time and resources to close the acquisition as soon as practicable after entry of final sale order by the bankruptcy court approving the transaction.

Prior Offer: This offer replaces and supersedes all prior offers.

Working Fee. If Buyer is not chosen as the "stalking horse" bidder for the Assets, Arena will pay Buyer, within 2 days of signing a purchase agreement for the Assets with another bidder, a working fee of $300,000 to cover transaction expenses. The preceding provision is a binding obligation of Arena.

This proposal shall expire on or before 12:00 p.m. (Noon) Central Time, July 10, 2020, unless written acceptance by Arena is received by Buyer prior to such time. Arena's response to this proposal prior to its expiration would be greatly appreciated.

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed

Sincerely,

31 Group LLC

By: _____
Name: Ken Goggans
Title: President

W&T Offshore, Inc.

By: _____
Name: William J. Williford
Title: Executive Vice President and General Manager, Gulf of Mexico

**AGREED TO AND ACCEPTED THIS ___ DAY OF, 2020:**

Arena Energy LP

By: _____
Name: _____
Title: _____

Arena Exploration LLC

By: _____
Name: _____
Title: _____

Valiant Energy LLC

By: _____
Name: _____
Title: _____

005

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed

EXHBIT "A"

| Area Block | Lease |
|---|---|
| East Cameron 328 | G10638 |
| Eugene Island 38 | G24883 |
| Eugene Island 57 | G02601 |
| Eugene Island 58 | G02895 |
| Eugene Island 99 | G31369 |
| Eugene Island 100 | 00796 |
| Eugene Island 174 | G03782 |
| Eugene Island 181 | G04451 |
| Eugene Island 182 | G04452 |
| Eugene Island 214 | G00977 |
| Eugene Island 215 | G26033 |
| Eugene Island 215 | 00578 |
| Eugene Island 217 | G00978 |
| Eugene Island 217 | G36743 |
| Eugene Island 227 | 00809 |
| Eugene Island 227 | G36745 |
| Eugene Island 229 | G05505 |
| Eugene Island 230 | G00979 |
| Eugene Island 231 | G00980 |
| Eugene Island 237 | G00981 |
| Eugene Island 238 | G00982 |
| Eugene Island 251 | G03331 |
| Eugene Island 252 | G00983 |
| Eugene Island 253 | G35938 |
| Eugene Island 253 | G10741 |
| Eugene Island 254 | G36207 |
| Eugene Island 261 | G36208 |
| Eugene Island 262 | G36209 |
| Eugene Island 275 | G24910 |
| Eugene Island 276 | G00989 |
| Eugene Island 314 | G33636 |
| Eugene Island 314 | G02111 |
| Eugene Island 315 | G02112 |
| Eugene Island 316 | G05040 |
| Eugene Island 320 | G34823 |
| Eugene Island 320 | G36211 |
| Eugene Island 324 | G36118 |

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed

| Lease | Number |
|---|---|
| Eugene Island 325 | G36119 |
| Eugene Island 332 | G02613 |
| Eugene Island 338 | G02118 |
| Eugene Island 339 | G02318 |
| Eugene Island 340 | G36212 |
| Eugene Island 341 | G02914 |
| Eugene Island 346 | G14482 |
| Galveston 180 | G03228 |
| Galveston 192 | G03229 |
| Galveston 209 | G06093 |
| High Island 179 | G03236 |
| High Island 193 | G03237 |
| High Island A547 | G02705 |
| Matagorda Island 668 | G04547 |
| Matagorda Island 669 | G04065 |
| Mississippi Canyon 191 | G26241 |
| Mississippi Canyon 311 | G02968 |
| Mississippi Canyon 800 | G18292 |
| Main Pass 120 | G03197 |
| Main Pass 121 | G23969 |
| Main Pass 122 | G13964 |
| Main Pass 123 | G12088 |
| Main Pass 133 | G01633 |
| Main Pass 206 | G33128 |
| Main Pass 236 | G02955 |
| South Marsh Island 192 | G24878 |
| South Pass 74 | G26144 |
| South Pass 82 | G05685 |
| South Pass 83 | G05052 |
| South Pelto 25 | G14535 |
| South Timbalier 35 | G03336 |
| South Timbalier 36 | G02624 |
| South Timbalier 37 | G02625 |
| South Timbalier 38 | G09637 |
| South Timbalier 51 | G01240 |
| South Timbalier 52 | G01241 |
| South Timbalier 128 | 00498 |
| South Timbalier 129 | 00465 |
| South Timbalier 130 | 00456 |
| South Timbalier 131 | 00457 |
| South Timbalier 134 | 00461 |
| South Timbalier 135 | 00462 |
| South Timbalier 148 | G01960 |
| South Timbalier 151 | 00463 |

| | |
|---|---|
| South Timbalier 152 | 00464 |
| South Timbalier 161 | G01248 |
| South Timbalier 176 | G01259 |
| South Timbalier 177 | G01260 |
| South Timbalier 188 | G01899 |
| South Timbalier 189 | G01572 |
| Vermilion 52 | G30183 |
| Vermilion 71 | G21592 |
| Vermilion 72 | G27851 |
| Vermilion 325 | G36200 |
| Vermilion 341 | G33607 |
| Vermilion 342 | G33608 |
| West Cameron 522 | G34033 |
| West Cameron 543 | G12802 |
| West Cameron 544 | G14342 |
| West Cameron 639 | G02027 |
| West Cameron 648 | G04268 |
| West Delta 72 | G01082 |
| West Delta 73 | G01083 |
| West Delta 85 | G04895 |
| West Delta 86 | G04243 |
| West Delta 117 | G35951 |
| West Delta 118 | G36227 |
| West Delta 133 | G01106 |

Data for RPA and Haynes & Boone Eyes Only, Not to be Further Distributed or Discussed



July 6, 2020

W&T Offshore, Inc.

Nine Greenway Plaza, Suite 300

Houston, TX 77046-0908

To whom it may concern:

McGriff is pleased to provide this bonding letter on behalf of a soon to be named entity (NewCo) formed in partnership between 31 Group LLC, and W&T Offshore Inc., a long term client of the firm. NewCo's partner, W&T, has a sizeable surety program with a syndicate of highly rated sureties, and continues to be a preferred client in good standing with its surety partners. While we have been unable to engage the surety markets due to the confidential nature of the bid process, we believe W&T's surety partners will look favorably on this newly formed entity, and believe Arena's incumbent sureties' interests are best served by supporting a prudent acquirer and operator of the entire asset package. Whether through their existing surety relationships or the incumbent sureties, we believe this newly formed entity can procure the requisite surety support, subject to favorable review of the underwriting information, and agreement on terms and conditions at the time of request.

This letter is not an assumption of liability and is issued only as a reference request from our client. As with all financial markets, the surety market is fluid and subject to change in relation to financial conditions and underwriting appetite. As such, we assume no liability to you, NewCo, its partners, or otherwise if the requisite surety support is unavailable at time of request or final bond issuance.

Sincerely,

*Ashley Koletar signature*

Ashley Koletar,
Senior Vice President



10100 Katy Freeway, Suite 400 • Houston, TX 77043 • TEL – (713) 877-8975 • FAX – (713) 877-8974

McGriff Insurance Services, Inc. McGriff, Seibels & Williams, Inc.

009