# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re<br><br>ARENA ENERGY, LP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-34215 (MI)<br><br>(Jointly Administered) |
| ARENA ENERGY, LP,<br><br>Plaintiff,<br><br>-against-<br><br>W&T OFFSHORE, INC. and 31 Group LLC,<br><br>Defendants. | Adv. Pro. No. 20-03404 (MI)<br><br>Hearing Date: August 31, 2020<br>Hearing Time: 3:30 p.m. (CT)<br>Judge Presiding: Marvin Isgur |

**W&T OFFSHORE, INC.'S COMBINED EXHIBIT AND WITNESS LIST**
[Relates to Docket Nos. 1 and 10]

W&T Offshore, Inc. ("W&T") submits the following combined Exhibit and Witness List for the hearing scheduled on August 31, 2020 at 3:30 p.m. (CT), before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk, Room 404, Houston, Texas, which hearing is to be held electronically as described in the Notice of Hearing filed at Docket No. 8. W&T reserves the right to modify, amend, or supplement this Exhibit and Witness List at its discretion at any time prior to hearing in this matter.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Arena Energy, LP (1436); Arena Energy 2020 GP, LLC (N/A); Arena Energy GP, LLC (7454); Arena Exploration, LLC (1947); Sagamore Hill Holdings, LP (8266); and Valiant Energy, L.L.C. (7184). The location of the debtors' service address is: 2103 Research Forest Drive, Suite 400, The Woodlands, Texas 77380.

## WITNESS LIST

1. Any witness designated or called by any party
2. Any witness required for rebuttal

## EXHIBIT LIST

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| A. | Correspondence from Toronto Dominion (Texas) LLC to W&T Offshore Inc., dated July 29, 2020 | | | | |
| B. | Email from Curtis Flood to William Williford, dated August 1, 2020 | | | | |
| C. | Diligence List | | | | |
| D. | Correspondence Re: Offer to Acquire Arena Energy, LP., dated August 27, 2020 | | | | |
| E. | Correspondence from Gregory F. Pesce to Andrew Zatz, dated August 28, 2020 | | | | |
| F. | Any rebuttal or impeachment exhibits | | | | |
| G. | Any demonstrative exhibits | | | | |
| H. | Any pleadings or exhibits previously filed on the Court's docket | | | | |
| I. | Any exhibits listed on *Arena's Witness and Exhibit List for August 31, 2020 Hearing* [ECF No. 13] | | | | |

Dated: August 31, 2020

**LOCKE LORD LLP**

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar No. 24033923
Elizabeth M. Guffy
Texas Bar No. 08592525
Simon R. Mayer
Texas Bar No. 24060243
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Facsimile: (713) 223-3717
peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

—and—

**WHITE & CASE LLP**
Jason N. Zakia (*pro hac vice* pending)
111 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
jzakia@whitecase.com

Andrew Zatz (*pro hac vice* pending)
Samuel P. Hershey (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
azatz@whitecase.com
sam.hershey@whitecase.com

*Co-Counsel to W&T Offshore, Inc.*

## **CERTIFICATE OF SERVICE**

 I certify that, on August 31, 2020, a true and correct copy of the foregoing Exhibit and Witness List was served on all parties who receive service in this adversary proceeding via electronic case filing.

*/s/ Simon R. Mayer*
Simon R. Mayer
